RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 17 2015

Abel Acosta, Clerk

WR-83,127
Tr. Ct. No. - 10-CR-2388
83,127-01,02    A
12 June 15

Sirs and Madams,

Please forgive this informal letter.

Nueces County courts have way too much time to make this decision

Right now they are doing the investigations that should have been done years ago and back-dating them and whatever illusion they are trying to pull out of their hat.

Nueces County courts are known for their corruption.

* They have been in Texas Monthly for their corruption.
* They have been in a National Prison legal News for their corruption.

* They have been in Rolling Stones for their corruption

* They have even been on World News and National News for their corruption (Judge Green suicide because of his Corruption)

* I'm in prison, convicted of raping my step-daughter 1008 times vaginally, rectally and orally for 7 years.
* Yet the S.A.N.E. Exam (Rape Kit) showed she was a virgin, her Hymen intact and zero trauma.
* The jury came back twice with a mistrial, the Judge (Hassette) refused and sent them back.